UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYPRESS SEMICONDUCTOR CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>GSI TECHNOLOGY INC,<br><br>    Defendant. | Case No.  13-cv-03757-JST<br><br>**ORDER DIRECTING CLERK TO ADMINISTRATIVELY TERMINATE CASE NUMBER 3:13-CV-3757** |

Since the Court ordered Case No. 13-cv-03757 consolidated with 3:13-cv-02013 at the parties request, ECF No. 46, the Court directs the Clerk of Court to TERMINATE case number 3:13-cv-3757 for administrative purposes.   Case Number 3:13-cv-02013 is the lead case, and all future filings should be made on the docket of that case.

**IT IS SO ORDERED.**

Dated:  September 15, 2014

_____
JON S. TIGAR
United States District Judge